```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JAVIER ORTIZ,                    :    CIVIL ACTION
                                 :    NO. 12-5979
          Petitioner,            :
                                 :
     v.                          :
                                 :
LUIS FOLINO, et al.,             :
                                 :
          Respondents.           :
```

## O R D E R

**AND NOW**, this **14th** day of **August, 2013,** it is hereby **ORDERED** as follows:

(1) The Report and Recommendation (ECF No. 16) is **APPROVED and ADOPTED**;

(2) Petitioner's Objections to the Report and Recommendation (ECF No. 17) are **OVERRULED**;

(4) The Petition for a Writ of Habeas Corpus (ECF No. 1) is **DENIED and DISMISSED with prejudice**;

(5) A Certificate of Appealability shall not issue; and

(4) The Clerk of Court shall mark this case **CLOSED**.

**AND IT IS SO ORDERED.**

/s/ Eduardo C. Robreno
**EDUARDO C. ROBRENO,    J.**